IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                      CASE NO. 1:17-CV-00022 BSM

TROY D. BUMPOUS, et al.                                        DEFENDANTS

## ORDER

Pursuant to the government's notice of dismissal [Doc. No. 2] and Federal Rule of Civil Procedure 41(a)(1)(A), this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE