# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 1:17-CV-00022 BSM**

**TROY D. BUMPOUS, et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE